1  DAVIS WRIGHT TREMAINE LLP
2  865 South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
3  Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5  Rochelle L. Wilcox (SBN 197790)
6  rochellewilcox@dwt.com

7  Attorney for Defendant
   Apria Healthcare Group, Inc.
8

9
                    UNITED STATES DISTRICT COURT
10
                EASTERN DISTRICT OF CALIFORNIA – FRESNO
11

12
   MACARTHUR WASHINGTON, on           ) Case No. **1:16-cv-00847-DAD-SKO**
13 behalf of himself and all others similarly )
   situated,                          )
14                                    ) **THIRD STIPULATION AND ORDER**
                Plaintiff,            ) **TO EXTEND TIME TO RESPOND**
15                                    ) **TO INITIAL COMPLAINT (L.R. 144)**
        vs.                           )
16                                    )
   APRIA HEALTHCARE GROUP, INC.,      )
17 and DOES 1 through 10, inclusive, and )
   each of them                       )
18                                    )
                Defendants.           )
19                                    )

20
21     This Stipulation is entered by and between Plaintiff MacArthur Washington
22 ("Plaintiff") and Defendant Apria Healthcare, Inc. ("Apria") through their respective
23 counsel of record, with reference to the following facts:
24     1.   Plaintiff filed the Complaint in this action on June 17, 2016.
25     2.   Apria was served with the Complaint on June 29, 2016, making Apria's
26 response to the Complaint originally due July 20, 2016.
27
28

                                      1
STIPULATION TO EXTEND TIME
DWT 30243428v1 0025959-000042

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. Pursuant to Local Rule 144(a), Plaintiff agreed to extend the time for Apria to respond to the Complaint by 21 days, up to and including August 10, 2016. The parties filed a stipulation to that effect on July 19, 2016 (Doc. 7).

4. Since that time, the parties investigated the facts and circumstances alleged in the Complaint and voluntarily exchanged information and documents relating to those allegations.  To further facilitate that investigation, on August 10, 2016, the parties filed a stipulation to extend the deadline for Apria to respond to the Complaint by an additional 21 days, up to and including August 31, 2016 (Doc. 9). On August 11, 2016, the Court entered an order extending the deadline accordingly (Doc. 10).

5. Over the past week, the parties have begun exploring the possibility of settling their dispute.  If the parties voluntarily resolve this case, it will avoid unnecessary waste of the parties' (and the Court's) time and resources.  The parties anticipate they will conclude these early settlement discussions one way or another within the next three weeks.

6. To facilitate these settlement discussions, the parties stipulate and jointly ask the Court to extend the time for Apria to respond to the Complaint by another 30 days, up to and including September 30, 2016.

7. The parties further ask the Court to reset the Mandatory Scheduling Conference from September 29, 2016, to a date and time approximately thirty (30) days later.  The parties respectfully submit that their early settlement discussions—and the prospect of conserving limited judicial resources in the event this matter is resolved in the near future—constitutes "good cause" sufficient to warrant a brief, 30-day continuance of the Scheduling Conference and the Court's entry of a scheduling order.  *See* Fed. R. Civ. P. 16(b)(2).

8. All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

2

STIPULATION TO EXTEND TIME
DWT 30243428v1 0025959-000042

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9. This is the second request to the Court for an extension of time; as noted above, the parties initially stipulated to a 21-day extension of time pursuant to Local Rule 144(a), which did not require Court approval.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the approval of the Court, Defendant shall have an extension of time up to and including September 30, 2016, to respond to the Complaint in this action, and the Court's Mandatory Scheduling Conference shall be continued from September 29, 2016 to a date and time to be determined by the Court.

DATED: August 31, 2016

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN
MEGHAN E. GEORGE
ADRIAN BACON

By: s/ *Adrian Bacon* *
       Adrian Bacon
   Attorneys for Plaintiff
   MACARTHUR WASHINGTON

* (as authorized by email on 8/30/16)

DATED: August 31, 2016

DAVIS WRIGHT TREMAINE LLP
ROCHELLE L. WILCOX

By: s/ *Rochelle L. Wilcox*
       Rochelle L. Wilcox
   Attorney for Defendant
   APRIA HEALTHCARE, INC.

3

STIPULATION TO EXTEND TIME
DWT 30243428v1 0025959-000042

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# **ORDER**

Pursuant to the above-stipulation, it is hereby ORDERED that:

1. Defendant shall file its responsive pleading by no later than September 30, 2016; and

2. The Scheduling Conference currently set for September 29, 2016 in this matter is **CONTINUED to November 29, 2016 at 10:15 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.** The parties shall file their joint scheduling report by no later than November 22, 2016.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

4

STIPULATION TO EXTEND TIME
DWT 30243428v1 0025959-000042

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899