DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Rochelle L. Wilcox (SBN 197790)
rochellewilcox@dwt.com

Attorney for Defendant
Apria Healthcare Group, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| MACARTHUR WASHINGTON, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>    vs.<br><br>APRIA HEALTHCARE GROUP, INC., and DOES 1 through 10, inclusive, and each of them<br><br>                 Defendants. | Case No. **1:16-cv-00847-DAD-SKO**<br><br>**STIPULATION AND ORDER TO STAY CASE** |

This Stipulation is entered by and between Plaintiff MacArthur Washington ("Plaintiff") and Defendant Apria Healthcare Group, Inc. ("Apria") through their respective counsel of record, with reference to the following facts:

1.    Plaintiff filed the Complaint in this action on June 17, 2016, and served Apria with the Complaint on June 29, 2016.

2.    Pursuant to Local Rule 144(a), Plaintiff agreed to extend the time for Apria to respond to the Complaint by 21 days, up to and including August 10, 2016.

STIPULATION TO EXTEND TIME
DWT 30436279v3 0025959-000042

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  The parties filed a stipulation (the "First Stipulation") to that effect on July 19, 2016

2  (Doc. 7).

3       3.     Since that time, the parties investigated the facts and circumstances

4  alleged in the Complaint and voluntarily exchanged information and documents

5  relating to those allegations.  To further facilitate that investigation, on August 10,

6  2016, the parties filed a stipulation (the "Second Stipulation") to extend the deadline

7  for Apria to respond to the Complaint by an additional 21 days, up to and including

8  August 31, 2016 (Doc. 9).  On August 11, 2016, the Court entered an order extending

9  the deadline accordingly (Doc. 10).

10       4.     Beginning in late August, the parties began exploring the possibility of

11  settling their dispute.  To facilitate their settlement discussions, the parties filed

12  another stipulation (the "Third Stipulation") asking the Court to grant Apria and

13  additional 30-day extension to respond to the Complaint (Doc. 11).  On September 1,

14  2016, the Court entered an order extending Apria's response deadline to September

15  30, and continued the scheduling conference to November 29 (Doc. 12).

16       5.     Since that time, the parties and their counsel diligently pursued

17  settlement discussions and were very close to reaching an agreement to resolve this

18  matter.  However, Plaintiff's counsel learned yesterday that Plaintiff unfortunately

19  had passed away.

20       6.     Plaintiff's counsel has asked for—and Apria has agreed to—a short stay

21  to provide time for (i) a personal representative to be appointed for Plaintiff's estate

22  and to be substituted for Plaintiff in this matter, (ii) Plaintiff's counsel to obtain the

23  necessary consent to settlement, and (iii) the parties to finalize a settlement and

24  reduce it to writing.  The parties therefore ask the Court to stay this matter for

25  approximately 120 days, until January 30, 2017, and to vacate the November 29,

26  2016 scheduling conference and related deadlines.

27       7.     Barring unforeseen difficulties in the appointment of a personal

28  representative for Plaintiff and substituting Plaintiff's estate for Plaintiff in this

STIPULATION TO EXTEND TIME
DWT 30436279v3 0025959-000042

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  matter, the parties anticipate that on or before January 30, 2017, they will either file a

2  stipulation of voluntary dismissal or a joint status report recommending how the

3  matter should proceed.

4      8.      All signatories listed below, and on whose behalf the filing is submitted,

5  concur in this filing's content and have authorized this filing.

6      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

7  subject to the approval of the Court, this matter shall be stayed until January 30,

8  2017.

9

10  DATED: October 6, 2016          LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                                    TODD M. FRIEDMAN
11                                  MEGHAN E. GEORGE
12                                  ADRIAN BACON

13
                                    By:  s/ *Adrian Bacon* *
14                                          Adrian Bacon
                                        Attorneys for Plaintiff
15                                      MACARTHUR WASHINGTON

16
                                    * (as authorized by email on 9/30/16)
17

18
19  DATED: October 6, 2016          DAVIS WRIGHT TREMAINE LLP
                                    ROCHELLE L. WILCOX
20
                                    By: s/ *Rochelle L. Wilcox*
21                                          Rochelle L. Wilcox
22                                      Attorney for Defendant
                                        APRIA HEALTHCARE, INC.
23

24

25  //

26  //

27  //

28  //

STIPULATION TO EXTEND TIME
DWT 30436279v3 0025959-000042

3

## **ORDER**

Based on the parties' above-stipulation, IT IS HEREBY ORDERED that this matter is STAYED until January 30, 2017.  On or before January 30, 2017, the parties shall either file a stipulation of voluntary dismissal or a joint status report proposing how this matter shall proceed.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for November 29, 2016, in this matter is CONTINUED to February 14, 2017, at 10:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto, if a stipulation of voluntary dismissal is not filed.  The parties shall file their joint scheduling report by no later than February 7, 2017.

IT IS SO ORDERED.

Dated:   **October 6, 2016**                              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE

4

STIPULATION TO EXTEND TIME
DWT 30436279v3 0025959-000042

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899